UNITED STATES DISTRICT COURT

Northern District of California

ROBERT SZEGEDY,   No. C 10-5579 MEJ

          Plaintiff,   **ORDER VACATING CMC**

  v.

MONTAG DIVULGACAO LTDA,

          Defendant.
_____/

This matter is currently scheduled for a Case Management Conference on June 2, 2011. However, as Plaintiff has filed a request for entry of default, the Court hereby VACATES the c.m.c. If the Clerk of Court enters default, Plaintiff shall file a motion for default judgment within 30 days from the date default is entered. If the Clerk declines to enter default, Plaintiff shall file a status report within 30 days from the denial.

**IT IS SO ORDERED.**

Dated: May 27, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge