LAW OFFICES OF KIRK B. FREEMAN
KIRK B. FREEMAN Bar No. 99685
MATTHEW A. MALLET Bar No. 203393
214 Grant Avenue, Suite 301
San Francisco, California 94108
Telephone: (415) 398-1082
Fax: (415) 391-1285

Attorneys for Defendant
MONTAG DIVULGAÇÃO LTDA.

OWEN SEITEL (SBN 137365)
ELIZABETH J. REST (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff ROBERT SZEGEDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT SZEGEDY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MONTAG DIVULGAÇÃO LTDA., a Brazilian limited liability partnership; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  C 10-05579 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO POSTPONE HEARING ON PLAINTIFF ROBERT SZEGEDY'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT**<br><br>Courtroom: 5, 17th Floor<br>Hon. Edward M. Chen, District Judge<br><br>Action Filed: December 9, 2010<br>Trial Date: TBD<br><br>(E-Filing) |

1
STIPULATION AND PROPOSED ORDER TO POSTPONE HEARING ON APPLICATION FOR DEFAULT JUDGMENT

**WHEREAS** Plaintiff Robert Szegedy alleges the Complaint in this action was properly served on Defendant Montag Divulgação Ltda. on May 3, 2011, and whereas Defendant has not served and filed a response to the Complaint; and

**WHEREAS** Plaintiff sought, and the Clerk of this Court entered, on June 1, 2011, a default against Defendant, and Plaintiff has filed an Application for Entry of Default Judgment by Court, which is currently scheduled for a hearing in this Court at 1:30 p.m. on August 12, 2011; and

**WHEREAS** Defendant alleges service of the Complaint was not proper, and, even if proper, Defendant alleges there is good cause for relief from entry of default pursuant to FRCP Rule 55(c); and

**WHEREAS** Defendant seeks to file with this Court a Motion to Set Aside Default prior to a hearing on Plaintiff's Application for Entry of Default Judgment by Court; and

**WHEREAS** Defendant intended to seek an order shortening time to file its Motion to Set Aside Default so it could be heard on July 29, 2011, or August 1, 2011, but discovered Plaintiff's counsel, Owen Seitel, Esq., will be out of town and unavailable July 22, 2011 through August 1, 2011, and again on September 2, 2011; and whereas Defendant's counsel, Kirk B. Freeman, Esq., will be in trial in Orange County Superior Court in Case No. 30-2011-00457273, entitled *Convenience Retailers LLC v. K & R Services, Inc.*, for an estimated two weeks beginning August 8, 2011, and will be in a mandatory settlement conference in San Francisco Superior Court in Case No. 475984, entitled *Felix Braynin et al. v. Vladislav Chernoguz et al.*, on September 9, 2011, at 1:30 p.m.; and whereas this Court is unavailable on August 5, 2011, and August 26, 2011, and whereas this Court and both counsel appear to be available on September 16, 2011:

**THE PARTIES TO THIS ACTION STIPULATE**, through their undersigned counsel, that:

(1) the hearing on Defendant's Motion to Set Aside Default will be set at the same time and on the same day as the hearing on Plaintiff's Application for Entry of Default Judgment by Court; and

(2) the date of the hearings will be September 16, 2011, at 1:30 p.m., or on a date and at a time thereafter convenient to this Court.

**THE PARTIES HEREBY STIPULATE TO THE ABOVE:**

                            IDELL & SEITEL LLP

Dated: July ___, 2011         /s/ Owen Seitel
                                     Owen Seitel
                                     Attorneys for Plaintiff
                                     ROBERT SZEGEDY

                                     LAW OFFICES OF KIRK B. FREEMAN

Dated: July ___, 2011         /s/ Kirk B. Freeman
                                     Kirk B. Freeman
                                     Attorneys for Defendant
                                     MONTAG DIVULGAÇÃO LTDA.

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                     LAW OFFICES OF KIRK B. FREEMAN

Dated: July ___, 2011         /s/ Kirk B. Freeman
                                     Kirk B. Freeman
                                     Attorneys for Defendant
                                     MONTAG DIVULGAÇÃO LTDA.

**IT IS HEREBY ORDERED:**

(1) The hearing on Defendant's Motion to Set Aside Default will be set at the same time and on the same day as the hearing on Plaintiff's Application for Entry of Default Judgment by Court; and

1     (2) the date of the hearings will be  9/16/11 at 1:30 p.m.

2 Dated: July 22, 2011



_____
Judge of the District Court