LAW OFFICES OF KIRK B. FREEMAN
KIRK B. FREEMAN Bar No. 99685
MATTHEW A. MALLET Bar No. 203393
214 Grant Avenue, Suite 301
San Francisco, California 94108
Telephone: (415) 398-1082
Fax: (415) 391-1285

Attorneys for Defendant MONTAG DIVULGAÇÃO LTDA.

OWEN SEITEL (SBN 137365)
ELIZABETH J. REST (SBN 244756)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff ROBERT SZEGEDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT SZEGEDY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MONTAG DIVULGAÇÃO LTDA., a Brazilian limited liability partnership; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C 10-05579 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO POSTPONE HEARING ON DEFENDANT MONTAG DIVULGAÇÃO LTDA.'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND PLAINTIFF ROBERT SZEGEDY'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT**<br><br>**Courtroom:** 5, 17th Floor<br>**Judge:** Hon. Edward M. Chen<br><br>**Action Filed:** December 9, 2010<br>**Trial Date:** TBD<br>(E-Filing) |

**WHEREAS** Defendant has filed with this Court a Motion to Set Aside Default, and Plaintiff has filed an Application for Entry of Default Judgment by Court, both of which, by stipulation and Court order, currently are scheduled to be heard on September 16, 2011 at 1:30 p.m.; and

**WHEREAS** Defendant's counsel, Kirk B. Freeman, Esq., was to be in trial in Orange County Superior Court in Case No. 30-2011-00457273, entitled *Convenience Retailers LLC v. K & R Services, Inc.*, for an estimated two weeks beginning August 8, 2011, but which trial has been continued, over Mr. Freeman's objection, to September 12, 2011; and

**WHEREAS** Plaintiff's and Defendant's counsel are both available on September 30, 2011:

**THE PARTIES TO THIS ACTION STIPULATE**, through their undersigned counsel, that:

(1) the hearing on Defendant's Motion to Set Aside Default and the hearing on Plaintiff's Application for Entry of Default Judgment by Court will be September 30, 2011, at 1:30 p.m., or on a date and at a time thereafter convenient to this Court.

**THE PARTIES HEREBY STIPULATE TO THE ABOVE**:

IDELL & SEITEL LLP

Dated: August 15, 2011

/s/ Owen Seitel
Owen Seitel
Attorneys for Plaintiff
ROBERT SZEGEDY

LAW OFFICES OF KIRK B. FREEMAN

Dated: August 15, 2011

/s/ Kirk B. Freeman
Kirk B. Freeman
Attorneys for Defendant
MONTAG DIVULGAÇÃO LTDA.

# SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                     LAW OFFICES OF KIRK B. FREEMAN

Dated: August 15, 2011        /s/ Kirk B. Freeman
                                      Kirk B. Freeman
                                      Attorneys for Defendant
                                      MONTAG DIVULGAÇÃO LTDA.

**IT IS HEREBY ORDERED:**

(1) The hearing on Defendant's Motion to Set Aside Default and the hearing on Plaintiff's Application for Entry of Default Judgment by Court will be ___September 30, 2011 at 1:30 p.m.___.

Dated: August 16, 2011



_____
Judge of the District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen